**CERTIFICATE OF SERVICE**

I, Alexandra S. Jacobs, hereby certify that on the date listed below, the foregoing Notice

of Removal has been served via the Court's ECF system, and by first-class mail on counsel of

record, as follows:

Rajiv D. Parikh, Esquire
PEM Law LLP
One Boland Drive, Suite 101
West Orange, NJ  07052

John A. Yanchunis, Esquire
Morgan & Morgan
201 N. Franklin Street, 7th Floor
Tampa, FL  33602
*Attorneys for Plaintiff*

Dated:  April 19, 2024                          /s/ *Alexandra S. Jacobs*
                                                            Alexandra S. Jacobs