AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of New Jersey ▾

| | | |
|---|---|---|
| Atlas Data Privacy Corporation, et al. | ) | |
| _Plaintiff_ | ) | |
| v. | ) | Case No.    1:24-cv-5334-HB |
| First American Financial Corporation, et al. | ) | |
| _Defendant_ | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

defendant, First American Financial Corporation                                    .

Date:      04/24/2024

_____

_Attorney's signature_

John G. Papianou (NJ ID #269592019)
_Printed name and bar number_
Montgomery McCracken Walker & Rhoads LLP
1735 Market Street
Philadelphia, PA 19103

_____

_Address_

jpapianou@mmwr.com
_E-mail address_

(215) 772-1500
_Telephone number_

(215) 772-7620
_FAX number_

## CERTIFICATE OF SERVICE

I, John G. Papianou, hereby certify that on the date listed below, the foregoing Appearance of Counsel has been served via the Court's ECF system on all counsel of record.


Dated:  April 24, 2024                     /s/ *John G. Papianou*
                                           John G. Papainou