**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY**

**MINUTES OF PROCEEDINGS**

**CAMDEN OFFICE:**  **DATE OF PROCEEDINGS:** 5/7/20/24

**JUDGE:** Harvey Bartle, III

**COURT REPORTER:** Ann Marie Mitchell

**OTHERS:**  **DOCKET NO:** CR #24-5334

**TITLE OF CASE:**

ATLAS DATA PRIVACY CORP.
    (vs)
FIRST AMERICAN FINANCIAL CORP.

**APPEARANCES:**

See Attached List

**NATURE OF PROCEEDINGS:**

STATUS CONFERENCE HELD

                                                   s/David Bruey
                                                   Deputy Clerk

Time Commenced:   2:56 PM          Time Adjourned:      2:58 PM

Case 1:24-cv-05334-HB     Document 10     Filed 05/07/24     Page 2 of 2 PageID: 229