

**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

**Alexandra S. Jacobs**
Partner
Admitted in: New Jersey & Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel:  856-488-7700

Direct Dial:      856-488-7746
Fax:              856-488-7720
Email:       ajacobs@mmwr.com

June 10, 2024

*Via ECF*

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

> Re:    **Atlas Data Privacy Corporation, et al v.**
>        **First American Financial Corporation, et al.**
>        **C.A. No. 1:24-cv-05334-HB**

Dear Judge Bartle :

This firm represents the defendant First American Financial Corporation ("Defendant") in the above-referenced matter.  We write to advise the Court that Defendant joins the Consolidated Motion to Dismiss Brief, being filed later today in the action captioned as *Atlas Data Privacy Corporation et al v. Lightbox Parent, L.P.,* Civil Action No. 1:24-cv-04105-HB (the "Consolidated Motion to Dismiss").  For the reasons set forth in the Consolidated Motion to Dismiss, Defendant respectfully requests that the Court grant the motion and dismiss Plaintiffs' Complaint in this matter with prejudice.

Respectfully submitted,

MONTGOMERY MCCRACKEN
 WALKER & RHOADS LLP

By: /s/ Alexandra S. Jacobs
     Alexandra S. Jacobs
     John Papianou
     457 Haddonfield Road, Suite 600
     Cherry Hill, NJ 08002
     856.488.7746
     ajacobs@mmwr.com
     jpapianou@mmwr.com

**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**

PENNSYLVANIA • NEW YORK • NEW JERSEY • DELAWARE

A PENNSYLVANIA LIMITED LIABILITY PARTNERSHIP
MICHAEL J. FEKETE, NEW JERSEY RESPONSIBLE PARTNER

Montgomery McCracken Walker & Rhoads LLP

Honorable Harvey Bartle III, U.S.D.J.
June 10, 2024
Page 2

HUDSON COOK LLP
Rebecca E. Kuehn (pro hac vice forthcoming)
Robert D. Tilley (pro hac vice forthcoming)
Jason F. Esteves (pro hac vice forthcoming)
1909 K Street, NW, 4th Floor
Washington, DC 20006
202.327.9710 / 202.327.9711
rkuehn@hudco.com
rtilley@hudco.com
jesteves@hudco.com

*Attorneys for Defendant, First American Financial Corporation*

ASJ:gme
cc:      All Counsel (*via ECF notification*)