

| | | |
|---|---|---|
| **Alexandra S. Jacobs**<br>Partner<br>Admitted in: New Jersey & Pennsylvania | LibertyView<br>457 Haddonfield Road, Suite 600<br>Cherry Hill, NJ 08002-2220<br>Tel:  856-488-7700 | Direct Dial:          856-488-7746<br>Fax:                       856-488-7720<br>Email:           ajacobs@mmwr.com |

September 10, 2024

<u>*Via ECF*</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

      Re:    **Atlas Data Privacy Corporation, et al v.**
                 **First American Financial Corporation, et al.**
                 **C.A. No. 1:24-cv-05334-HB**

Dear Judge Bartle:

        This firm represents the defendant First American Financial Corporation ("Defendant") in the above-referenced matter.  We write to advise the Court that Defendant joined Defendants' Consolidated Brief in Opposition to Plaintiffs' Consolidated Motion for Remand, filed in the action captioned as *Atlas Data Privacy Corporation et al v. Carco Group Inc., Intellicorp Records, Inc., et al.,* Civil Action No. 1:24-cv-04077-HB at Docket Entry 53.  For the reasons set forth in the Consolidated Opposition Brief, Defendant respectfully requests that the Court deny Plaintiff's Motion for Remand.

                                                Respectfully submitted,

                                                MONTGOMERY MCCRACKEN
                                                 WALKER & RHOADS LLP

                                                By: <u>/s/ Alexandra S. Jacobs</u>
                                                      Alexandra S. Jacobs
                                                      John G. Papianou
                                                      457 Haddonfield Road, Suite 600
                                                      Cherry Hill, NJ 08002
                                                      856.488.7746
                                                      ajacobs@mmwr.com
                                                      jpapianou@mmwr.com

Montgomery McCracken Walker & Rhoads LLP

Honorable Harvey Bartle III, U.S.D.J.
September 10, 2024
Page 2

                              HUDSON COOK LLP
                              Rebecca E. Kuehn (pro hac vice forthcoming)
                              Robert D. Tilley (pro hac vice forthcoming)
                              Jason F. Esteves (pro hac vice forthcoming)
                              1909 K Street, NW, 4th Floor
                              Washington, DC 20006
                              202.327.9710 / 202.327.9711
                              rkuehn@hudco.com
                              rtilley@hudco.com
                              jesteves@hudco.com

                              *Attorneys for Defendant, First American Financial Corporation*

ASJ:cmcp
cc:    All Counsel (*via ECF notification*)