

**MONTGOMERY McCRACKEN**

ATTORNEYS AT LAW

**Alexandra S. Jacobs**
Partner
Admitted in: New Jersey & Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial:    856-488-7746
Fax:    856-488-7720
Email:    ajacobs@mmwr.com

September 18, 2024

<u>*Via ECF*</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
  Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

Re:    **Atlas Data Privacy Corporation, et al v.**
       **First American Financial Corporation, et al.**
       **C.A. No. 1:24-cv-05334-HB**

Dear Judge Bartle:

This firm represents the defendant First American Financial Corporation ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joined the Supplemental Brief in Opposition to Plaintiffs' Consolidated Motion for Remand, filed in the action captioned as *Atlas Data Privacy Corporation et al v. Blackbaud, Inc., et al.,* Civil Action No. 1:24-cv-03993-HB. For the reasons set forth in the Supplemental Opposition Brief, Defendant respectfully requests that the Court deny Plaintiff's Motion for Remand.

Respectfully submitted,

MONTGOMERY MCCRACKEN
WALKER & RHOADS LLP

By: /s/ Alexandra S. Jacobs
       Alexandra S. Jacobs
       John G. Papianou
       457 Haddonfield Road, Suite 600
       Cherry Hill, NJ 08002
       856.488.7746
       ajacobs@mmwr.com
       jpapianou@mmwr.com

Montgomery McCracken Walker & Rhoads LLP

Honorable Harvey Bartle III, U.S.D.J.
September 18, 2024
Page 2

HUDSON COOK LLP
Rebecca E. Kuehn (pro hac vice forthcoming)
Robert D. Tilley (pro hac vice forthcoming)
Jason F. Esteves (pro hac vice forthcoming)
1909 K Street, NW, 4th Floor
Washington, DC 20006
202.327.9710 / 202.327.9711
rkuehn@hudco.com
rtilley@hudco.com
jesteves@hudco.com

*Attorneys for Defendant, First American Financial Corporation*

ASJ:cmcp
cc:    All Counsel (*via ECF notification*)