

**MONTGOMERY McCRACKEN**
ATTORNEYS AT LAW

**Alexandra S. Jacobs**
Partner
Admitted in: New Jersey & Pennsylvania

LibertyView
457 Haddonfield Road, Suite 600
Cherry Hill, NJ 08002-2220
Tel: 856-488-7700

Direct Dial: 856-488-7746
Fax: 856-488-7720
Email: ajacobs@mmwr.com

October 14, 2024

<u>*Via ECF*</u>

Honorable Harvey Bartle III, U.S.D.J.
United States District Court for the
 Eastern District of Pennsylvania
16614 U.S. Courthouse
601 Market Street
Philadelphia, Pennsylvania 19106

    Re:    **Atlas Data Privacy Corporation, et al v.**
             **First American Financial Corporation, et al.**
             **C.A. No. 1:24-cv-05334-HB**

Dear Judge Bartle:

       This firm represents the defendant First American Financial Corporation ("Defendant") in the above-referenced matter. We write to advise the Court that Defendant joined the Supplemental Brief in Support of Motion to Dismiss on the *mens rea* issue, filed in the action captioned as *Atlas Data Privacy Corporation et al v. Lightbox Parent, L.P., et al.,* Civil Action No. 1:24-cv-04105-HB. For the reasons set forth in the Supplemental Brief, Defendant respectfully requests that the Court grant Defendants' Motion to Dismiss.

                             Respectfully submitted,

                             MONTGOMERY MCCRACKEN
                             WALKER & RHOADS LLP

                             By: <u>/s/ Alexandra S. Jacobs</u>
                                 Alexandra S. Jacobs
                                 John G. Papianou
                                 457 Haddonfield Road, Suite 600
                                 Cherry Hill, NJ 08002
                                 856.488.7746
                                 ajacobs@mmwr.com
                                 jpapianou@mmwr.com

Montgomery McCracken Walker & Rhoads LLP

Honorable Harvey Bartle III, U.S.D.J.
October 14, 2024
Page 2

                                      HUDSON COOK LLP
                                      Rebecca E. Kuehn (pro hac vice forthcoming)
                                      Robert D. Tilley (pro hac vice forthcoming)
                                      Jason F. Esteves (pro hac vice forthcoming)
                                      1909 K Street, NW, 4th Floor
                                      Washington, DC 20006
                                      202.327.9710 / 202.327.9711
                                      rkuehn@hudco.com
                                      rtilley@hudco.com
                                      jesteves@hudco.com

                                      *Attorneys for Defendant, First American Financial Corporation*

ASJ:cmcp
cc:    All Counsel (*via ECF notification*)