UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ATLAS DATA PRIVACY CORPORATION, *as assignee of individuals who are Covered Persons*, JANE DOE-1, a*a law enforcement officer*, JANE DOE-2, *a law enforcement officer*, EDWIN MALDONADO, SCOTT MALONEY, JUSTYNA MALONEY, PATRICK COLLIGAN, PETER ANDREYEV, and WILLIAM SULLIVAN,<br><br>Plaintiffs,<br><br>v.<br><br>FIRST AMERICAN FINANCIAL CORPORATION, RICHARD ROES 1-10, *fictitious names of unknown individuals,* and ABC COMPANIES 1-10, *fictitious names of unknown entities*,<br><br>Defendants. | Case No. 1:24-cv-05334-HB<br><br>**NOTICE OF MOTION FOR ADMISSION *PRO HAC VICE* OF ROBERT D. TILLEY** |

**PLEASE TAKE NOTICE THAT** Defendant, First American Financial Corporation (hereinafter "First American"), through their attorneys, Montgomery McCracken Walker & Rhoads LLP, hereby move pursuant to L. Civ. R. 101.1 for an Order permitting Robert D. Tilley to appear *pro hac vice* in connection with the above-captioned matter on First American's behalf.

In support of this motion, First American will rely upon the accompanying Certifications of Alexandra S. Jacobs, Esq., submitted herewith. Pursuant to L. Civ. R. 7.1, no brief is necessary because there are no disputed issues of fact or law.

-2-

A proposed form of Consent Order is also submitted herewith.

Dated: October 21, 2024

By: /s/ *Alexandra S. Jacobs*
Alexandra S. Jacobs, Esquire (I.D. No. 107582014)
**MONTGOMERY McCRACKEN WALKER & RHOADS LLP**
(A Limited Liability Partnership Formed in Pennsylvania)
LibertyView, Suite 600
457 Haddonfield Road
Cherry Hill, NJ 08002
Tel: (856) 488-7746
Email: ajacobs@mmwr.com
*Attorneys for Defendants, First American Financial Corporation*