**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

ATLAS DATA PRIVACY CORPORATION, et al.

                Plaintiff,

v.

                Case No.:
                1:24−cv−05334−HB

                Judge Harvey Bartle (EDPA), III

FIRST AMERICAN FINANCIAL CORPORTATION, et al.

                Defendant.

Clerk, Superior Court of New Jersey
Middlesex County Courthouse
*56 Paterson Street
New Brunswick, NJ 08903

State No: MID−L−915−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                Very truly yours,

                CLERK OF COURT
                By Deputy Clerk, tf

encl.
cc: All Counsel